UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

DAVID ANTHONY VILLARREAL,

       Plaintiff,         Case No. 1:10-cv-316

v.

                              Honorable Paul L. Maloney

GORDON J. QUIST et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.


Dated:   May 26, 2010         /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge